Related DDJ

**FILED**
CLERK, U.S. DISTRICT COURT
10/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

1  Name: NELSON H. ROMERO
2  Address: 2163 Elmwood Rd
3  San bernardino Ca, 92404.
4  Phone: _____
5  Fax: Constitution1983@Gmain
6  In Pro Per NELSON H. ROMERO
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10  NELSON H. ROMERO

CASE NUMBER:
5:20-cv-02243-MWF(KS)

Plaintiff

To be supplied by the Clerk of
The United States District Court

v.

13  Radical left
14  san bernardino county,
15  San bernardino police department.

Defendant(s).

17  AN Illegal search and seizures on address
18  2163 Elmwood RD san, bernardino, ca, 92404
19  Destruction of property property, Exessive
20  force, They had No face mask when talking
21  To me and spit would come out at the same time
22  Thats why I got sick becaus of the officers.
23  They gave me corona virus or some type of virus
24  but Hospital I called told me stay home,
25  Im asking court to exclude and evidence that was
26  found for misconduct and violation of my Fourth
27  amendment and civil Rights.
28  Police harrasment by cops.
Violation of My eight amendment Right
the U.S. constitution ban exessive fines.
and discriminated my constitutional Rights
all the time I have contact with police or
Sherrif very evil people all of them

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

U.S. POSTAGE PAID
FCM LG ENV
SAN BERNARDINO, CA
92404
OCT 21, 20
AMOUNT
$2.60
R2304M115282-69

92501

1000

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 23 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY ____ DEPUTY

TO:
U.S. District Federal
Court,
3470 12th, St Riverside,
Ca, 92501

FROM:
NEISON H. ROMERO
2163 Elmwood Rd
San bernardino Ca
91404

ReadyPost
Photo Document Mailer
9 3/4" x 12 1/4"